# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

TAMARA WOODS,                                      )
                                                   )
                              Plaintiff,            )          Case No.  2:08-cv-00948-GWF
                                                   )
vs.                                                )          **ORDER**
                                                   )
SLATER TRANSFER AND STORAGE,                       )
                                                   )
                              Defendant.            )
_____)

LR 16-3(b) states that motions *in limine* are due thirty (30) days prior to trial.  Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file their motions *in limine*, if any, on or before **August 6, 2010**.

DATED this 16th day of July, 2010.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge