1  BRUCE SCOTT DICKINSON, ESQ.
   Nevada Bar No. 002297
2  MICHAEL HOTTMAN, ESQ.
   Nevada Bar No. 008501
3  JACQUELINE N. WALTON, ESQ.
   Nevada Bar No.  010602
4  **STEPHENSON & DICKINSON, P.C.**
5  2820 West Charleston Boulevard, Suite B-19
   Las Vegas, Nevada 89102
6  Telephone: (702) 474-7229
7  Facsimile:  (702) 474-7237

8  Attorneys for SLATER TRANSFER AND STORAGE, INC.
9   and NORTH AMERICAN VAN LINES, INC.

10

11              **UNITED STATES DISTRICT COURT**

12                  **DISTRICT OF NEVADA**

13

14 TAMARA WOODS,                          CASE NO. 2:08-cv-00948-GWF

15                 Plaintiff,

16 vs.

17 SLATER TRANSFER AND STORAGE, INC.
18 and NORTH AMERICAN VAN LINES, INC.

19                 Defendants.

20                                        **JUDGMENT IN A CIVIL ACTION**

21 SLATER TRANSFER AND STORAGE, INC.
22 and NORTH AMERICAN VAN LINES, INC.

23                 Counterclaimants,

24 Vs.

25 TAMARA WOODS,

26                 Counter-Defendant

27      The Court has ordered that:

28

1

1) The Plaintiff, TAMARA WOODS recover nothing, and her cause of action for Breach of Contract be dismissed on its merits;

2) The Counterclaimant NORTH AMERICAN VAN LINES, INC. recover from Plaintiff TAMARA WOODS on its counterclaim for Breach of Contract the amount of THREE THOUSAND EIGHT HUNDRED SIXTY SEVEN DOLLARS ($3,867.00), which includes pre-judgment interest at the rate of .26%, plus post-judgment interest at the rate of .26%, along with costs.

3) The Counterclaimant SLATER TRANSFER & STORAGE, INC. recover from Plaintiff TAMARA WOODS on its counterclaim for Unjust Enrichment the amount of FIVE THOUSAND TWO HUNDRED SIXTY-SEVEN 34/100 ($5,267.34), which includes pre-judgment interest at the rate of .26%, plus post-judgment interest at the rate of .26%, along with costs.

///
///
///
///
///
///
///
///
///
///
///
///

1    This action was tried by a jury with Magistrate Judge George Foley presiding, and the jury

2    rendered a verdict.

3    Date:    September 27, 2010

4

5

6    GEORGE FOLEY, JR.

7    U.S. Magistrate Judge

8

9

10   Submitted by:

11   STEPHENSON & DICKINSON, P.C.

12

13

14   BRUCE SCOTT DICKINSON, ESQ.
     Nevada Bar No. 002297

15   MICHAEL HOTTMAN, ESQ.
     Nevada Bar No. 008501

16   JACQUELINE N. WALTON, ESQ.
     Nevada Bar No. 010602

17   2820 West Charleston Boulevard, Suite B-19

18   Las Vegas, Nevada 89102
     Attorneys for SLATER TRANSFER AND STORAGE, INC.

19   and NORTH AMERICAN VAN LINES, INC.

20

21   Approved as to Form and Content:

22

23   *Submitted but not signed*

24   TAMARA WOODS
     4325 W. Rome Blvd., #1037

25   No. Las Vegas, NV 89084

26   (702) 645-3129
     E: chardees3@aol.com

27

28

3